**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-rj-00019-REB

DAYS INNS WORLDWIDE, INC.

    Plaintiff/Judgment Creditor,

v.

PANGS CORPORATION, a Colorado corporation, and
HAN CHO PANG,

    Defendants/Judgment Debtors.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

    This matter is before me on **Plaintiff/Judgment Creditor's Response To Order To Show Cause** [#9][1] filed May 16, 2011.  Based on the response of the plaintiff/judgment creditor, I find that the order should be discharged.

    **THEREFORE, IT IS ORDERED** that the **Order To Show Cause** [#6] entered April 27, 2011, is **DISCHARGED**.

    Dated May 17, 2011, at Denver, Colorado.

                                           **BY THE COURT:**

                                           */s/ Bob Blackburn*
                                           Robert E. Blackburn
                                           United States District Judge

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.