**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  05-rj-00019-REB

DAYS INNS WORLDWIDE, INC.,

    Plaintiff/Judgment Creditor,

v.

PANGS CORPORATION, a Colorado corporation, and
HAN CHO PANG,

    Defendants/Judgment Debtors.

---

**ORDER FOR REVIVAL OF JUDGMENT**

---

**Blackburn, J.**

The matter is before me on the **Motion For Revival of Judgment** [#3][1] filed January 28, 2011, by the judgment creditor concerning the judgment entered January 31, 2005, in favor of the judgment creditor in the amount of $127,211.55 and registered in the United States District Court for the District of Colorado on January 4, 2006.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the amount of the judgment for $127,211.55 that remains unsatisfied against judgment debtors, Pangs Corporation and Han Cho Pang, is revived; and

2.  That the judgment now revived may be enforced and made a lien in the same manner and for like period as the original judgment.

Dated May 17, 2011, at Denver, Colorado.

                          **BY THE COURT:**

                          */s/ Bob Blackburn*
                          Robert E. Blackburn
                          United States District Judge

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.